THE HONORABLE BENJAMIN H. SETTLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TRACY WISE,

    Plaintiff,

v.

WINCO HOLDINGS, INC.,

    Defendant.

Case No.: 3:19-CV-05744

**AGREED MOTION FOR MODIFIED SCHEDULING ORDER**

The parties submit this Agreed Motion to Amend Scheduling Order for the following reasons.

On December 5, 2019, the Court issued a Minute Order Setting Trial and Pretrial Dates (Dkt. No. 8) with the following deadlines:

| | |
|---|---|
| Five Days Bench Trial | January 19, 2021 |
| Deadline for filing of any motion to join parties | January 6, 2020 |
| Deadline for amending pleadings | January 15, 2020 |
| Disclosure of expert testimony FRCP 26(a)(2) | July 13, 2020 |
| All motions related to discovery must be filed by | August 24, 2020 |
| Discovery completed by | September 21, 2020 |
| All dispositive motions filed by | October 21, 2020 |
| Motions in Limine filed by and noted on the motion calendar no | December 14, 2020 |

AGREED MOTION TO AMEND SCHEDULING ORDER - 1
(CASE NO.: 3:19-CV-05742-RJB)

**LONGSHOT LAW, INC.**
PO BOX 1575
PORT ORCHARD, WA
425-999-0900

4821-5372-0006.1

| | |
|---|---|
| later than the third Friday thereafter but no later than the Friday before any scheduled pretrial conference. | |
| Agreed pretrial order lodged with the Court by | December 28, 2020 |
| Pretrial conference will be held on | January 4, 2021 |
| Trial briefs, Proposed voire dire, jury instructions due | December 29, 2020 |

The extraordinary outbreak of the novel coronavirus ("COVID-19") and the subsequent implementation of shelter-in-place orders, social distancing measures, and travel restrictions in Washington State and across the nation severely hampered the parties' ability to schedule and complete the depositions of the plaintiff and other witnesses and to address pretrial issues and motions. Like many civil litigants throughout the nation, counsel for the parties cooperatively agreed to postpone depositions and other pretrial matters in the hope that restrictions might be lifted. Other discovery efforts like interviewing witnesses have also been hampered, as in-person meetings were not advised.

Attorneys and court reporters have shifted to remote work, using video-based applications for meetings and depositions. Depositions have been challenging, and schedules have been strained while we all adapt to the new normal. The pandemic, in short, has made a mess of litigation schedules. The parties believe the Court likely did not contemplate this pandemic and its consequences when it issued the original Minute Order Setting Trial and Pretrial Dates, and there is good cause to amend the case schedule.

The parties' counsel met and conferred on July 23, 2020 to discuss a timeline and logistics for prompt completion of the remaining depositions and other pretrial matters and motions. Given the ongoing shelter-in-place orders and uncertainty regarding the pandemic, the parties intend to complete depositions and address potential settlement and other pretrial matters by virtual means. The parties believe that the case can be prepared properly for a trial date on or after June 1, 2021, with other case deadlines adjusted accordingly.

Given the extraordinary circumstances of the pandemic and its ongoing impact, there is

AGREED MOTION TO AMEND SCHEDULING ORDER - 2
(CASE NO.: 3:19-CV-05742-RJB)

**LONGSHOT LAW, INC.**
PO BOX 1575
PORT ORCHARD, WA
425-999-0900

4821-5372-0006.1

good cause to amend the existing scheduling order.  The parties request that the Scheduling Order be amended to include the following deadlines:

| | |
|---|---|
| Five Days Bench Trial | June 1, 2021 |
| Disclosure of expert testimony FRCP 26(a)(2) | December 13, 2020 |
| All motions related to discovery must be filed by | January 24, 2021 |
| Discovery completed by | February 21, 2021 |
| All dispositive motions filed by | March 21, 2021 |
| Motions in Limine filed by and noted on the motion calendar no later than the third Friday thereafter but no later than the Friday before any scheduled pretrial conference. | April 30, 2021 |
| Agreed pretrial order lodged with the Court by | May 1, 2021 |
| Pretrial conference will be held on | May 10, 2021 |
| Trial briefs, Proposed voire dire, jury instructions due | May 2, 2021 |

WHEREFORE, the Parties respectfully request that the Court grant this Agreed Motion and amend the existing case scheduling deadlines as proposed by the Parties. A proposed order is filed contemporaneously herewith.

DATED:  August 7, 2020

| LONGSHOT LAW, INC. | MILLER NASH GRAHAM & DUNN LLP |
|---|---|
| */s/Chalmers C. Johnson* <br> Chalmers C. Johnson, WSB No. 40180 <br> Longshot Law, Inc. <br> P.O. Box 1575 <br> Port Orchard, WA 98366 <br> chalmersjohnson@gmail.com <br> 425-999-0900 <br><br> Attorney for Plaintiff | s/Richard P. Lentini <br> Richard P. Lentini, WSB No. 18086 <br> MILLER NASH GRAHAM & DUNN LLP <br> Pier 70 ~ 2801 Alaskan Way, Suite 300 <br> Seattle, Washington  98121-1128 <br> Tel:  (206) 624-8300 / Fax:  (206) 340-9599 <br> E-mail:  richard.lentini@millernash.com <br> 206.624.8300 <br><br> Attorney for Defendant |

AGREED MOTION TO AMEND SCHEDULING ORDER - 3
(CASE NO.: 3:19-CV-05742-RJB)

**LONGSHOT LAW, INC.**
PO BOX 1575
PORT ORCHARD, WA
425-999-0900

4821-5372-0006.1

1     I hereby certify that I filed the foregoing and with the Clerk of the Court using the

2 CM/ECF system which will send notification of such filing to the following:

3
        Richard P. Lentini
        MILLER NASH GRAHAM & DUNN LLP
4         Pier 70 ~ 2801 Alaskan Way, Suite 300
        Seattle, Washington  98121-1128
5         E-mail:  richard.lentini@millernash.com

6         Attorney for Defendant

7     Under the laws of the United States of America and the state of Washington, the

8 undersigned hereby declares, under the penalty of perjury, that the foregoing statements are

9 true and correct to the best of my knowledge.

10     Signed at Port Orchard, Washington, on August 10, 2020.

11

12
                            *s/Chalmers C. Johnson*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 4
(CASE NO.: 3:19-CV-05742-RJB)

**LONGSHOT LAW, INC.**
PO BOX 1575
PORT ORCHARD, WA
425-999-0900

4821-5372-0006.1

THE HONORABLE ROBERT J. BRYAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ALEXANDER MONSLOW,

    Plaintiff,

v.

WINCO HOLDINGS, INC.,

    Defendant.

Case No.: 3:19-CV-05742-RJB

[PROPOSED] **ORDER AMENDING CASE SCHEDULE AND SETTING TRIAL AND PRETRIAL DATES**

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon an Agreed Motion to Amend Scheduling Order and the Court having considered the motion and found good cause therefore,

IT IS HEREBY ORDERED that the Agreed Motion to Amend Scheduling Order is GRANTED. The Court amends the Minute Order Setting Trial and Pretrial Dates (Doc. No. 8) as follows:

| | |
|---|---|
| Five Days Bench Trial | June 1, 2021 |
| Disclosure of expert testimony FRCP 26(a)(2) | December 13, 2020 |
| All motions related to discovery must be filed by | January 24, 2021 |
| Discovery completed by | February 21, 2021 |
| All dispositive motions filed by | March 21, 2021 |

ORDER AMENDING CASE SCHEDULE - 1
(Case No.: 3:19-CV-05742-RJB)

| | |
|---|---|
| Motions in Limine filed by and noted on the motion calendar no later than the third Friday thereafter but no later than the Friday before any scheduled pretrial conference. | April 30, 2021 |
| Agreed pretrial order lodged with the Court by | May 1, 2021 |
| Pretrial conference will be held on | May 10, 2021 |
| Trial briefs, Proposed voire dire, jury instructions due | May 2, 2021 |

DATED: August __, 2020.

_____
Honorable Benjamin H. Settle
United States District Court Judge

ORDER AMENDING CASE SCHEDULE - 2
(Case No.: 3:19-CV-05742-RJB)

1  I hereby certify that I filed the foregoing and with the Clerk of the Court using the

2  CM/ECF system which will send notification of such filing to the following:

3  
       Richard P. Lentini
       MILLER NASH GRAHAM & DUNN LLP

4         Pier 70 ~ 2801 Alaskan Way, Suite 300
       Seattle, Washington  98121-1128

5         E-mail:  richard.lentini@millernash.com

6         Attorney for Defendant

7  Under the laws of the United States of America and the state of Washington, the

8  undersigned hereby declares, under the penalty of perjury, that the foregoing statements are

9  true and correct to the best of my knowledge.

10  Signed at Port Orchard, Washington, on August 10, 2020.

11

12  
                                    *s/Chalmers C. Johnson*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  
CERTIFICATE OF SERVICE - 3
(Case No.: 3:19-CV-05742-RJB)